*George Lawyer* and *John C. Watson* for Henry Patton et al., appellants.

*Richard J. Donovan* and *Herbert D. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LYE LEE, Respondent.

*People* v. *Lye Lee*, 173 App. Div. 906, affirmed.
(Argued March 22, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1916, which reversed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of rape in the second degree and abduction and granted a new trial.

*Harry E. Lewis, District Attorney* (*Harry G. Anderson* of counsel), for appellant.

*Rufus Lewis Perry* for respondent.

Judgment affirmed; no opinion.

Concur: COLLIN, HOGAN, McLAUGHLIN and CRANE, JJ. Dissenting: HISCOCK, Ch. J., CHASE and CARDOZO, JJ.

---

ANTHONY PATRICK, as Administrator of the Estate of JOSEPH VILKUS, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, Impleaded with Another.

*Patrick* v. *Atlas Knitting Co.*, 170 App. Div. 943, affirmed.
(Argued March 26, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,